UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

IN RE:

    **MARIA NUNEZ**　　　　　　　　　　　　　CASE NO.: 21-58366

    DEBTOR　　　　　　　　　　　　　CHAPTER 7

**DECLARATION REGARDING TAXES**

I, **Maria Nunez,** under penalty of perjury depose and state as follows:

1.

I am making this affidavit in connection with the information provided to the Court in the above styled case.

2.

I am over twenty-one (21) years of age, competent to testify to matters set forth herein, and the facts set forth in the affidavit are based on my personal knowledge and information.

3.

I did not file a tax return since the year 2000 because I did not make enough money to be required to file.

_____
**Maria Nunez**